UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>ESTEBAN RODRIGUEZ,<br><br>                    Defendant. | No.  5:15-mj-00038-JLT<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

  The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

  Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

 [ X ]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

 [ X ]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

  This finding is based on the reasons stated on the record.

DATE:  7/28/2015                /s/ Jennifer L. Thurston
                     U.S. Magistrate Judge